SEYFARTH SHAW LLP
Christopher A. Crosman (SBN 190336)
ccrosman@seyfarth.com
Matthew Isaac (SBN 328882)
misaac@seyfarth.com
Katherine R. Farr (SBN 355518)
kfarr@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:(310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KYLE SCONCE, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

THE HERTZ CORPORATION, a Delaware Corporation and DOES 1-50, inclusive,

Defendant.

Case No. 2:23-CV-01197-DAD-CKD

*Assigned to Hon. Dale A. Drozd*

**DEFENDANT THE HERTZ CORPORATION'S NOTICE OF SETTLEMENT**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the parties in the above-captioned have reached a settlement in this matter.

Defendant respectfully request that the Court vacate all pending deadlines and hearings in this matter, or continue them as appropriate, pending the filing of the Joint Stipulation for Dismissal.

Dated: September 16, 2026

**SEYFARTH SHAW, LLP**

By */s/ Christopher A. Crosman*

CHRISTOPHER A. CROSMAN
MATTHEW ISAAC
KATIE FARR

Attorney for Defendant
THE HERTZ CORPORATION