James R. Hawkins (SBN 192925)
Gregory Mauro (SBN 222239)
Michael Calvo (SBN 314986)
Lauren Falk (SBN 316893)
Ava Issary SBN 342252)
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676
Email: james@jameshawkinsaplc.com
Email: greg@jameshawkinsaplc.com
Email: michael@jameshawkinsaplc.com
Email: lauren@jameshawkinsaplc.com
Email: ava@jameshawkinsaplc.com

Attorneys for Plaintiff
KYLE SCONCE, Individually and on behalf of all others similarly situated,

SEYFARTH SHAW LLP
Christopher A. Crosman (SBN 190336)
ccrosman@seyfarth.com
Matthew Isaac (SBN 328882)
misaac@seyfarth.com
Katherine R. Farr (SBN 355518)
kfarr@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200—
Facsimile: (310) 201-5219

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE SCONCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 2:23-cv-01197-DAD-CKD<br><br>*[Removed from San Joaquin County Superior Court, STK-CV-UOE-2023-0003738]*<br><br>**JOINT STIPULATION TO REMAND CONSOLIDATED ACTIONS TO STATE COURT; [PROPOSED] ORDER**<br><br>Complaint Filed: April 13, 2023<br>Trial Date: February 22, 2028 |

Plaintiff KYLE SCONCE ("Plaintiff") and Defendant THE HERTZ CORPORATION, ("Defendant"), (collectively "Parties") through their respective counsel of record, enter into this joint stipulation to remand the matter back to the Superior Court of California, County of San Joaquin. This Stipulation is based on the following:

WHEREAS, on April 13, 2023, Plaintiff filed this putative class action was filed against Defendant in the Superior Court of the State of California, for the County of San Joaquin, Case No. STK-CV-UOE-2023-0003738 (the "Action").

WHEREAS, on June 21, 2023, Defendant removed this action to this Court (ECF No. 1);

WHEREAS, following investigation, discovery, and arm's-length negotiations, the Parties have reached a settlement intended to fully resolve the claims asserted in the consolidated actions;

WHEREAS, the Parties have agreed that settlement approval and related proceedings should proceed in the San Joaquin County Superior Court;

WHEREAS, the Parties also agree that Defendant's foregoing consent to remand this lawsuit to the Superior Court for the State of California for settlement purposes does not constitute a waiver of their right to a federal forum. To that end, the Parties agree that, should the Superior Court not grant preliminary, and then final, approval of the Parties' proposed class action settlement, Plaintiff will not oppose/challenge on timeliness grounds any such removal of this lawsuit to the United States District Court for the Eastern District of California.

WHEREAS, the Parties further stipulate that each party shall bear its own costs and attorneys' fees with respect to the removal, stipulation, and remand of the above-titled action pursuant to this stipulation and Order.

NOW THEREFORE, the Parties hereby stipulate to the following:

1. This Action is remanded back to the Superior Court of California, County of San Joaquin;

2. All future dates and deadlines including trial in this matter are hereby vacated;

3. The Clerk of the Court shall mail a certified copy of the Court's remand order to the clerk of the Superior Court of California, County of San Joaquin.

**IT IS SO STIPULATED.**

**SEYFARTH SHAW LLP**

Dated:

*/s/ Christopher A. Crosman (with permission)*
Christopher A. Crosman

Attorneys for Defendant THE HERTZ CORPORATION

**JAMES HAWKINS APLC**

Dated:

/s/ *Gregory Mauro*
James R. Hawkins
Gregory Mauro
Michael Calvo
Lauren Falk
Attorneys for Plaintiff KYLE SCONCE

CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2026 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Eastern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: October 27, 2026

*/s/ James R. Hawkins*
James R. Hawkins