James R. Hawkins (SBN 192925)
Gregory Mauro (SBN 222239)
Michael Calvo (SBN 314986)
Lauren Falk (SBN 316893)
Ava Issary SBN 342252)
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676
Email: james@jameshawkinsaplc.com
Email: greg@jameshawkinsaplc.com
Email: michael@jameshawkinsaplc.com
Email: lauren@jameshawkinsaplc.com
Email: ava@jameshawkinsaplc.com

Attorneys for Plaintiff
KYLE SCONCE, Individually and on behalf of all others similarly situated,

SEYFARTH SHAW LLP
Christopher A. Crosman (SBN 190336)
ccrosman@seyfarth.com
Matthew Isaac (SBN 328882)
misaac@seyfarth.com
Katherine R. Farr (SBN 355518)
kfarr@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200—
Facsimile: (310) 201-5219

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE SCONCE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 2:23-cv-01197-DAD-CKD<br><br>*[Removed from San Joaquin County Superior Court, STK-CV-UOE-2023-0003738]*<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO REMAND CONSOLIDATED ACTIONS TO STATE COURT; [PROPOSED] ORDER**<br><br>Complaint Filed: April 13, 2023<br>Trial Date: February 22, 2028 |

Having considered the parties stipulation, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1. This Consolidated Action is remanded back to the Superior Court of California, County of San Joaquin;

2. All future dates and deadlines including trial in this matter are hereby vacated;

3. The Clerk of the Court shall mail a certified copy of the Court's remand order to the clerk of the Superior Court of California, County of San Joaquin.

**IT IS SO ORRDERED**

**DATED:**

HON. DALE A. DROZD